USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
    UNITED STATES OF AMERICA

                -against-                              24-CR-279 (VEC)

    JUAN MERCADO,                                      ORDER
                            Defendant.
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that by no later than 5:00 P.M on September 30, 2024, Defendant must file a letter indicating whether he wants a *Fatico* hearing on the question of whether Defendant ever demanded a bribe or made paying a bribe a precondition to the assignment of new work or payment for work already performed.

**SO ORDERED.**

Date:  **September 29, 2024**
       **New York, NY**

                                                   **VALERIE CAPRONI**
                                          **United States District Judge**