USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
 :
UNITED STATES OF AMERICA  :
 :
    -against-  :  24-CR-279 (VEC)
 :
JUAN MERCADO,  :  ORDER
      Defendant.  :
 :
------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties appeared before the Court on November 15, 2024 and November 18, 2024 for a *Fatico* hearing.

  IT IS HEREBY ORDERED that the government's post-hearing submission must be filed by no later than December 3, 2024. Defendant's post-hearing submission must be filed by no later than December 10, 2024.

**SO ORDERED.**

**Date: November 18, 2024**
**New York, NY**

                **VALERIE CAPRONI**
                **United States District Judge**