USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                    :
:
           -against-                    :      24-CR-279 (VEC)
:
JUAN MERCADO,                               :      <u>ORDER</u>
                      Defendant.     :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Defendant's sentencing is scheduled for January 24, 2025 at 2:30 P.M.

       IT IS HEREBY ORDERED that the sentencing is ADJOURNED to **January 31, 2025** at **2:30 P.M.** in Courtroom 20C[1] of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: January 16, 2025**
       **New York, NY**                                **VALERIE CAPRONI**
                                                        **United States District Judge**

---

[1] Please note this is a new courtroom for the Undersigned.