USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/27/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
UNITED STATES OF AMERICA :
:
        -against- :     24-CR-279 (VEC)
:
JUAN MERCADO, :     <u>ORDER</u>
                    Defendant. :
:
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on September 17, 2024, the government filed its sentencing submission, *see* Dkt. 29, and a supplement on September 27, 2024, *see* Dkt. 30;

      WHEREAS the *Fatico* hearing was held on November 15, 2024 and November 18, 2024, *see* Dkt. 40; and

      WHEREAS Defendant's sentencing is scheduled for January 31, 2025, *see* Dkt. 49.

      IT IS HEREBY ORDERED that the government must file an updated Exhibit A to its sentencing submission by no later than January 28, 2025.

**SO ORDERED.**

**Date: January 27, 2025**
**New York, NY**

                                          **VALERIE CAPRONI**
                                          **United States District Judge**