```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA                           :
:
        -against-                                    :       24-CR-279 (VEC)
:
JUAN MERCADO,                                      :       <u>ORDER</u>
                    Defendant.            :
:
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on August 15, 2025, the government moved the Court to enter a turnover order directing the City of New York Deferred Compensation Plan to liquidate securities as needed in Mr. Mercado's non-exempt 457 Plan funds to be turned over to the Clerk of Court toward the restitution judgment, *see* Dkt. 63.

    IT IS HEREBY ORDERED that Mr. Mercado's response to the motion must be filed by no later than **September 16, 2025**. The government's reply must be filed by **September 23, 2025**.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Mercado, Register number: 97762-510, Fort Dix FCI, P.O. Box 2000, Joint Made MDL, New Jersey 08640.

**SO ORDERED.**

**Date: August 18, 2025**
      **New York, NY**
                                                                 **VALERIE CAPRONI**
                                                                 **United States District Judge**